District Judge Ricardo S. Martinez

1

2

3

4

5

6

7       **UNITED STATES DISTRICT COURT FOR THE**
        **WESTERN DISTRICT OF WASHINGTON**
8                    **AT SEATTLE**

9   **KIMBERLY CRISTEL MORA FLORES**,
    and her minor daughter "A.C.A.M",          Civ No.  2:24-cv-01692 RSM
10
                                                STIPULATED MOTION AND ORDER
11              Plaintiff,                       OF DISMISSAL
        vs.
12
    **MERRICK B. GARLAND**, Attorney General    **NOTED FOR CONSIDERATION:**
13  of the United States,                       **12/04/2024**

14  **DREW H. BOSTOCK**, Field Office Director
15  of the Seattle Field Office of Immigrations and
    Customs Enforcement,
16
    **DAVID L. NEAL**, Director for Executive
17  Office for Immigration Review,

18  **DAVID H. WHETMORE**, BIA Chairman and
19  Chief Appellate Immigration Judge,

20              Defendants.

21

22
        COMES NOW Defendants, by and through their attorneys, Brian T. Moran, United
23
    States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United
24
    States Attorney for said District, and Plaintiff, by and through her counsel, Octavian Jumanca,
25
26  and hereby file this joint stipulation to dismiss.

27      WHEREAS On November 6th, 2024, Plaintiff's Motion to Reopen had been adjudicated
28
    by the Board of Immigration Appeals.  The parties agree that the administrative action taken by

Civ. No. 2:24-cv-01692              1        **WESTLAKE LAW PLLC**
                                             1836 Westlake Ave N Ste #302
                                             Seattle, WA 98109

1    Defendant's render's Plaintiff's Complaint moot and the matter can be dismissed without fees or

2    costs to either party.

3    
         NOW THEREFORE, the parties, through their respective counsel of record, do hereby

4    
5    stipulate and agree, and respectfully request that the Court make and enter the following order:

6    1.    Plaintiff's Complaint is hereby dismissed as moot without fees or costs to either party.

7         Respectfully submitted,

8         DATED this 4th day of December, 2024,

9    

10                                    WESTLAKE LAW, PLLC

11                                     /s/ Octavian Jumanca
12                                    OCTAVIAN JUMANCA, WSBA No. 46618
                                      1836 Westlake Ave N, Suite 302
13                                    Seattle, Washington 98154
                                      Phone: 425-312-3871
14                                    Email: octavian@westlakelaw.net
15                                    Attorneys for Plaintiff

16

17                                    BRIAN T. MORAN
                                      United States Attorney
18
                                      /s/ Michelle R. Lambert
19                                    MICHELLE R. LAMBERT, NYS#4666657
20                                    Assistant United States Attorney
                                      Western District of Washington
21                                    United States Attorney's Office
                                      1201 Pacific Avenue, Suite 700
22                                    Tacoma, Washington 98402
                                      Phone: 253-428-3800
23                                    E-mail: michelle.lambert@usdoj.gov
24                                    Attorneys for Defendants
25

26

27

28

Civ. No. 2:24-cv-01692          2          | **WESTLAKE LAW PLLC**
                                             1836 Westlake Ave N Ste #302
                                             Seattle, WA 98109

1

## **<u>ORDER</u>**

2

    IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is

3

GRANTED for the reasons set forth in the Stipulation.  The case is dismissed with prejudice,

4

with each party to bear their own fees or costs.

5

    SO ORDERED.

6

7

    DATED this 5th day of December, 2024.

8

9

10

    RICARDO S. MARTINEZ

11

    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Civ. No. 2:24-cv-01692                    3

**WESTLAKE LAW PLLC**
1836 Westlake Ave N Ste #302
Seattle, WA 98109